Richard Gale Ferguson, Esq., Waco, TX, for Defendant–Appellant.

Before KING, HAYNES, and GRAVES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Courtez Rashaud Black has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Black has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

UNITED STATES of America, Plaintiff–Appellee

v.

Paul Jason ALVAREZ, also known as Jason Alvarez, Defendant–Appellant.

No. 11–50359
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Dec. 19, 2011.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Evers Jason Leach, Law Office of E. Jason Leach, Odessa, TX, for Defendant–Appellant.

Before KING, HAYNES, and GRAVES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Paul Jason Alvarez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Alvarez has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

**Brent W. MYERS, Plaintiff–Appellant**

v.

**M. SWINDLE, Dallas Policeman; S. Tomiyama, Dallas Policeman; John Doe, White Male Dallas Policeman; John Doe, Black Male Dallas Policeman, D. Kunkle, Dallas Police Chief; Jane Doe, White Female Dallas Jail Medic; John Doe, Black Male Dallas Policeman, Defendants–Appellees.**

No. 10–10274
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 19, 2011.

Christopher Michael McCaffrey, Law Offices of Christopher McCaffrey, Dallas, TX, for Plaintiff–Appellant.